IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JORGE MICHEL PIEDRA ESTEVEZ,

    Petitioner,

v.                                    CASE NO.  4:14cv78-RH/CAS

ERIC HOLDER, JR. et al.,

    Respondents.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The case is DISMISSED without prejudice as duplicative.  The clerk must enter judgment and close the file.

SO ORDERED on April 16, 2014.

                                      s/Robert L. Hinkle
                                      United States District Judge